EMERICK *against* WEAVER.

IN ERROR.

*Philadelphia.*

*Monday,*
March 31.

ERROR to the District Court of the city and county of *Philadelphia*, in a replevin, in which the defendant pleaded property; but there was no issue joined.

If no issue is joined in the Court below it is error.

*J. R. Ingersoll*, for the plaintiff in error.

*S. Shoemaker*, contra.

PER CURIAM. The judgment must be reversed; because no issue was joined in the Court below.

Judgment reversed.